**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 2:16 CR 31** |
| | ) | |
| **ROMELL JACKSON** | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate

Judge dated February 21, 2019 (DE # 54), to which the parties have waived any

objections (*id*. at 3), the Magistrate Judge's findings and recommendations are now

**ADOPTED**. Defendant Romell Jackson is **ADJUDGED** to have committed the Grade C

violations of his supervised release described in the December 12, 2018, Petition (DE

# 40). Defendant's term of supervised release is **REVOKED** and he is hereby committed

to the United States Bureau of Prisons to serve 16 months of additional imprisonment.

Upon his release from the Bureau of Prisons, defendant shall be discharged from any

further term of supervision. Further, the Grade A violation of defendant's supervised

release alleged in the December 12, 2018, Petition (DE # 40) is **DISMISSED**.

                    **SO ORDERED.**

    Date: February 25, 2019

                         s/James T. Moody
                         JUDGE JAMES T. MOODY
                         UNITED STATES DISTRICT COURT